UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       )
           Plaintiff,    )
                          )  1:CV-00-1414
      v.                        )
                          )  (Judge Caldwell)
DONNA WENCH,                    )
           Defendant.    )  **INSTRUCTIONS TO DEBTOR**

**CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT**

You are hereby notified that wages due and owing are being taken by the United States of America who has a judgment, Civil No. 1:CV-00-1414, in the Middle District of Pennsylvania in the sum of $17,368.35 plus interest and costs. A balance of $19,786.52, plus interest from March 5, 2003, remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if **Donna Wench**, can show that the exemptions apply. Attached is a summary of the major exemptions which apply in most situations in the Commonwealth of Pennsylvania:

See Attached List of Exemptions.

If you are **Donna Wench**, you have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it claims you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing.
If you wish, you may use this notice to request the hearing by checking the box below. You must either mail it or deliver it in person to the Clerk, United States District Court, 1st Floor, Wm. J. Nealon Federal Building, Scranton, PA 18503. You must also send a copy of your request to the United States Attorney, P.O. Box 309, Scranton, PA 18501, so the Government will know you want a hearing.

☐

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. At the hearing you may explain to the judge why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, your property may be sold at public auction and the proceeds of the sale will be applied to the debt you owe the Government.

If you live outside of the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk, U.S. District Court, 1st Floor, Wm. J. Nealon Federal Building, Scranton, PA 18503. You must also send a copy of your request to the U.S. Attorney at P.O. Box 309, Scranton, PA 18501, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of Court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

Certified from the record
Date 3/28/03

MARY E. D'ANDREA, CLERK
U.S. District Court

Mary E. D'Andrea, Clerk
for *[signature]*
Deputy Clerk