UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 1:CV-00-1414 |
| v. | ) | |
| | ) | (Judge Caldwell) |
| DONNA WENCH, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BARNES & NOBLE, INC. | ) | |
| Garnishee. | ) | **WRIT OF CONTINUING GARNISHMENT** |

Greetings to: Barnes & Noble, Inc.

An application for a Writ of Garnishment against the property of Donna Wench, defendant, has been filed with this Court. A judgment has been entered against the above-named defendant in the amount of $17,368.35 plus costs and interest.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the Clerk, United States District Court, 1st Floor, Wm. J. Nealon Federal Building, Scranton, PA 18503. Additionally, you are required by law to serve a copy of this writ upon the debtor and upon the United States Attorney, P.O. Box 309, Scranton, Pa 18501.

Under the law, there is property which is exempt from this writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

Pursuant to 15 U.S.C. §1674, Garnishee is prohibited from discharging the defendant from employment by reason of the fact that her earnings have been subject to garnishment.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

Certified from the record
Date 3/28/03
Mary E. D'Andrea, Clerk E. D'ANDREA, CLERK
U.S. District Court