UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,                  )
                         Plaintiff,    )
                                    )

      v.                                   )

DONNA WENCH,                               )    1:CV-00-1414
                    Defendant,    )
                                    )    (Judge Caldwell)
        and                               )

BARNES & NOBLE INC.,                       )
                    Garnishee.    )    <u>ANSWER OF THE GARNISHEE</u>

**FILED**

SEP 0 2 2003

_Francine Charist_ , being duly sworn, deposes and says:
      **(Affiant)**

If Garnishee is an Individual:

      That he/she is Garnishee herein doing business in the name of

_____

      (State full name and address of business)

If Garnishee is a Partnership:

      That he/she is a member of a partnership composed of which Garnishee is a partner.

If Garnishee is a Corporation:

      That he/she is the (Official Title) _Payroll Administrator_ of Garnishee, _Barnes + Noble Inc_ a corporation, organized under the laws of the State of _New York_ .

      On _August 25_ , 2003, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on that date:

Yes  No

_✓_  ___  1.    Defendant was in my/our employ.

            2.    Pay period is _____ weekly, _✓_ bi-weekly
                  _____ semi-monthly, _____ monthly.

_8-24-03_        Enter date present pay period began.
                 (Present means the pay period in which
                 this order and notice of garnishment were
                 served)

_9-5-03_         Enter date above pay period ends.

3.    Enter amount of net wages.    Calculate below:

(a) Gross Pay                    $ _1057.69_
(b) Federal income tax           $ _76.15_
(c) F.I.C.A. income tax          $ _80.91_
(d) State income tax             $ _40.41_
Total of tax withholdings        $ _197.47_
Net Wages                        $ _860.22_
(a less total of b,c,d)

___ ___ 4.    Have there been previous garnishments in effect?
              If the answers is yes, describe below.

_____ _No_ _____

_____

_____

_____

5.    The Garnishee has custody, control or possession of the
      following property (non-earnings), in which the Debtor
      maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

Garnishee anticipates owing to the judgment-debtor in the future, the
following amounts (wages):

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ 1057.69 | 9-19-03 |
| 2. $ 1057.69 | 10-3-03 |
| 3. $ 1057.69 | 10-17-03 |
| 4. $ 1057.69 | 10-31-03 |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on the part of Defendant:]

_____ [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

_____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.] *with store mail - Store #2996*

The Garnishee mailed a copy of this answer ~~by first-class mail~~ to (1) the Debtor, ___Donna Wench___ at _____

_____and to (2) J. JUSTIN BLEWITT, JR., Assistant U.S. Attorney, P.O. Box 309,   Scranton, Pa  18501.


_____
Garnishee   *for Barnes + Noble, Inc.*


Subscribed and sworn to before me this ___ day of _____, 2003.

_____
Notary Public
(Seal)

My Commission expires: _____

PETER J. GENTILINI
NOTARY PUBLIC, State of New York
No. 5010376
Qualified in Nassau County
Commission Expires March 29, 20 *07*