```
              UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       )
               Plaintiff,       )
                                )
          v.                    )
                                )
DONNA WENCH,                    )   1:CV-00-1414
               Defendant,       )
                                )   (Judge Caldwell)
          and                   )
                                )
BARNES & NOBLE, INC.,           )
               Garnishee        )   GARNISHEE ORDER
```

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, Francine Charish, Payroll Administrator of the Garnishee, filed an Answer on September 2, 2003, stating that at the time of the service of the Writ she had in her possession or under her control personal property belonging to and due defendant, and that Garnishee was indebted to defendant in the sum of $860.22 bi-weekly.

On August 26, 2003, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay to the United States the sum of 15% of defendant's monthly non-exempt net disposable earnings and continue said payments until the debt to the plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

IT IS FURTHER ORDERED that the Garnishee make the checks payable to the U.S. DEPARTMENT OF JUSTICE and mail the checks to the following address:

```
          United States Attorney
          Attn:  Financial Litigation Unit
          P.O. Box 309
          Scranton, PA  18501
```

DATE: October 16, 2003          .

                              MARY E. D'ANDREA
                              Clerk, U. S. District Court

                              By: /S/ Pamela Warner
                                  Deputy Clerk